No. 1036. TOBACCO INSTITUTE, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 1059. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 1060. AMERICAN BROADCASTING COMPANIES, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 1067. NATIONAL BROADCASTING CO., INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. The Solicitor General is invited to file a memorandum expressing the views of the respondents with respect to the applicability to these cases of the opinion in *Red Lion Broadcasting Co., Inc., et al.* v. *Federal Communications Commission et al., ante,* p. 367. Reported below: —— U. S. App. D. C. ——, 405 F. 2d 1082.

No. 1474. TURNER *v.* UNITED STATES. C. A. 3d Cir. [Certiorari granted, *ante,* p. 933.] Motion for the appointment of counsel granted. It is ordered that *Josiah E. DuBois, Jr., Esquire,* of Camden, New Jersey, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1888, Misc. EVERETT *v.* WARDEN, U. S. PENITENTIARY, McNEIL ISLAND, WASHINGTON. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 2164, Misc. JONES *v.* PRATT & WHITNEY, INC., ET AL. C. A. 1st Cir. Motion to expedite denied.

No. 2199, Misc. PURYEAR *v.* HOGAN, DISTRICT ATTORNEY OF NEW YORK COUNTY, ET AL. Appeal from Ct. App. N. Y. Motion to expedite denied.